| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE                                                                  DATE: 8/27/19
        U.S. MAGISTRATE JUDGE                                                TIME: 10:00 am

CASE:  CV 16-1157 (SIL) Carson Optical, Inc. v. RQ Innovasion Inc. et al

TYPE OF CONFERENCE: STATUS                           FTR: 9:55-10:05

APPEARANCES:
       For Plaintiff:   <u>John Horvack</u>

       For Defendant: <u>Justin Mercer</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Defendants' supplemental financial disclosures will be served on or before December 16, 2019 consistent with Judge Lindsay's prior order.
Defendants will pay Plaintiff's expert on or before September 10, 2019.
Proposed voir dire will be submitted on or before January 17, 2019.
Amended pretrial order including objections to exhibits will be filed on or before January 3, 2019.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    <u>      2/3/20 at 9:30 am         </u>: Jury Selection and Opening Statements

                                               SO ORDERED

                                               <u>/s/Steven I. Locke</u>
                                               STEVEN I. LOCKE
                                               United States Magistrate Judge